UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>NORTHFIELD 30 CORP.<br><br>DEBTOR. | DOCKET NO. 18-42802-NHL |
| JDP MORTGAGE, LLC,<br><br>PLAINTIFF,<br><br>-against-<br><br>NORTHFIELD 30 CORP., A&Q ESTATES INC., ELI AVI COHEN, GRAY WILBERFORCE, YANAY SHARAN A/K/A SHARAN YANAY A/K/A SHARON YANAY, DAVID COHEN A/K/A DAVID COHAN A/K/A ELI COHAN A/K/A ILAN DAVID AVITSEDEK,<br><br>DEFENDANTS. | ADVERSARY PROCEEDING<br>DOCKET NO. 19-01092-NHL |

**PLAINTIFF'S MOTION TO REDACT**

The Plaintiff, JDP Mortgage, LLC, through its counsel Hasbani & Light, P.C., (the "Movant"), who moves to redact the pleading filed within in the Adversary Proceeding Document No. 1 and Bankruptcy Proceeding Document No. 44 that is identified as "Attachments: #1 Exhibit Ex A - SmartLinx Report" for the following reasons:

The Movant filed this pleading into the record in error, in that the document contains personal identifying information that was not redacted. Movant has attached a proposed redacted pleading for filing into the record in place of the previously filed document.

1

Accordingly, the Movant prays that the Court enter an order directing the Clerk of Court to substitute the proposed attached redacted document for the one currently in the record.

Dated: New York, New York  
July 11, 2019

**HASBANI & LIGHT, P.C.**

<u>*/s/ Seth D. Weinberg*</u>  
Seth D. Weinberg, Esq.  
*Counsel for Plaintiff*  
450 Seventh Avenue, Suite 1408  
New York, New York 10123  
Tel: (212) 643-6677  
sweinberg@hasbanilight.com