

# SmartLinx® Person Report

Generated On: 06/22/2018 4:02 PM ET | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2018 LexisNexis.

**Search Terms:** Street Address: **320 barr avenue**; City: **woodmere**; State: **NY**

## ⊖ Person Summary

| Name | Address | County | Phone |
|---|---|---|---|
| Avitsedek, Ilan David | 320 Barr Ave<br>Woodmere, NY 11598-1137<br>(Residential) | Nassau | ▮▮▮▮▮▮▮<br>(Most Recent Listing)<br>(Residential) |
| **LexID®** | **SSN** | **DOB** | **Email** |
| 0000-9912-0216 | ▮▮▮▮▮▮ | ▮▮▮▮▮▮<br>(Age: 49, Male) | mehar.singh@netzero.net |

## ⊖ At a Glance

| | | | |
|---|---|---|---|
| Real Property | 7 | Criminal/Arrest | 0 |
| Personal Property | 2 | Bankruptcy | 1 |
| Professional Licenses | 0 | Judgments/Liens | 2 |
| Business Connections | 2 | Foreclosure/Notice of Default | 0 |

## ⊖ Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBS |
|---|---|---|
| • Avi, Ilan D<br>• Avi, Ilan O<br>• Avi Tsedek, Ilan O<br>• Avi-Tsedek, Ilan<br>• Avisedek, Ilan<br>• Avitrsedek, Ilan<br>• Avitsadek, Ilan<br>• Avitseadek, Ilan<br>• Avitsedek, Iian<br>• Avitsedek, Ilan David<br>• Ilan, A<br>• Tsedek, I<br>• Tsedek, Ilan D<br>• Tsedek, Ilan O Avi | • ▮▮▮▮▮▮<br>   ○ Issued in New York, 1998 - 2001<br>      SSN was linked to more than 2 people.<br>• ▮▮▮▮▮▮<br>   ○ Issued in New York, 1998 - 2001<br>view sources | • ▮▮▮▮▮▮<br>• ▮▮▮▮▮▮<br>• ▮▮▮▮▮▮ |

## ⊖ Physical Description

| Hair Color | N/A | |
|---|---|---|
| Eye Color | N/A | |
| Height | 6'3" | Date Last Seen: 09/2002 |
| Weight (lb) | N/A | |
| Scars/Marks | N/A | |

## ⊖ Address Summary (1 current, 18 prior)

| No. | Address | Status | To-From | Phone | Actions |
|---|---|---|---|---|---|
| ⊞ 1. | 320 Barr Ave<br>Woodmere, NY 11598<br>Nassau County<br>(Residential) | Current | 06/2008 -  Current<br>(Current Residence) | ▮▮▮▮▮▮<br>(Most Recent Listing)<br>(Residential) | Property History Report<br>Location Report |
| ⊞ 2. | 1316 Pembroke St Apt<br>Bridgeport, CT 06608<br>Fairfield County | Prior | 11/2017 - 03/2018 | | Property History Report<br>Location Report |
| ⊞ 3. | 13405 86th Rd Apt 1<br>Richmond Hill, NY 11418<br>Queens County<br>(Residential) | Prior | 07/2003 - 03/2018 | | Property History Report<br>Location Report |
| ⊞ 4. | 1312 Pembroke St Apt 1st<br>Bridgeport, CT 06608<br>Fairfield County<br>(Residential) | Prior | 09/2013 - 04/2016 | | Property History Report<br>Location Report |
| ⊞ 5. | 1494 Prospect Pl Apt<br>Brooklyn, NY 11213<br>Kings County<br>(Residential) | Prior | 12/2015 | | Property History Report<br>Location Report |
| ⊞ 6. | 1345 86 Thrd<br>Richmond Hill, NY 11418<br>Queens County | Prior | 11/2014 | | Property History Report<br>Location Report |
| ⊞ 7. | 327 Avenue O # O<br>Brooklyn, NY 11230<br>Kings County<br>(Residential) | Prior | 11/1997 - 06/2012 | | Property History Report<br>Location Report |

| No. | Address | Status | To-From | Phone | Actions |
|---|---|---|---|---|---|
| ⊞ 8. | 11049 167th St<br>Jamaica, NY 11433<br>Queens County<br>(Residential) | Prior | 04/2012 | | Property History Report<br>Location Report |
| ⊞ 9. | 1637 Saint Marks Ave Apt<br>Brooklyn, NY 11233<br>Kings County | Prior | 05/2011 | | Property History Report<br>Location Report |
| ⊞ 10. | 1411 Lincoln Pl Apt<br>Brooklyn, NY 11213<br>Kings County<br>(Residential) | Prior | 04/2011 | | Property History Report<br>Location Report |
| ⊞ 11. | 327 Avenue N Bsmt O<br>Brooklyn, NY 11230<br>Kings County | Prior | 03/2000 - 06/2006 | | Property History Report<br>Location Report |
| ⊞ 12. | 401 E 83rd St Apt 5c<br>New York, NY 10028<br>New York County<br>(Residential, High-Rise) | Prior | 2002 - 02/2005 | | Property History Report<br>Location Report |
| ⊞ 13. | 17240 Collins Ave Apt 165<br>Sunny Isles Beach, FL 33160<br>Miami-Dade County | Prior | 08/2002 - 01/2003 | | Property History Report<br>Location Report |
| ⊞ 14. | 298 Mulberry St Apt 5m<br>New York, NY 10012<br>New York County<br>(Residential, High-Rise) | Prior | 01/2002 - 06/2002 | | Property History Report<br>Location Report |
| ⊞ 15. | 306 E 89th St Apt 1b<br>New York, NY 10128<br>New York County<br>(Residential, High-Rise) | Prior | 10/1998 - 04/2002 | | Property History Report<br>Location Report |
| ⊞ 16. | 1278 1st Ave Apt 8<br>New York, NY 10065<br>New York County<br>(Residential, High-Rise) | Prior | 01/2001 - 01/2002 | | Property History Report<br>Location Report |
| ⊞ 17. | 30689 1 B<br>New York, NY 10128<br>New York County | Prior | 11/1998 | | Property History Report<br>Location Report |
| ⊞ 18. | E 891b<br>New York, NY 10128<br>New York County | Prior | | | Property History Report<br>Location Report |
| ⊞ 19. | 306 E 891b<br>New York, NY 10128<br>New York County | Prior | | | Property History Report<br>Location Report |

⊟ Licenses/Voter (2 licenses)

⊟ Driver Licenses - 1 licenses

| No. | DL Name/Address | Status | Issued/Expired | Location |
|---|---|---|---|---|
| ⊞ 1. | Avitsedek, Ilan David<br>17240 Collins Ave<br>Sunny Isles Beach, FL 33160-3409 | Historical | • Issued: 05/14/1997<br>• Expires: 01/2004 | FL |

⊟ Other Licenses - 1 licenses

| No. | Type | Status | Issued/Expired | Location |
|---|---|---|---|---|
| ⊞ 1. | Voter | Active | • Registration: 06/15/2011 | NY |

⊟ Real Property (7 current, 9 prior)

| No. | Address | Status | Purchase Price | Sale Price | State | Actions |
|---|---|---|---|---|---|---|
| ⊞ 1. | 320 Barr Ave<br>Woodmere, NY 11598-1137<br>Nassau County<br>Source: B | Current | $375,000 | | NY | Property History Report<br>Location Report |
| ⊞ 2. | 13405 86th Rd<br>Richmond Hill, NY 11418-1902<br>Queens County<br>Source: B | Current | | | NY | Property History Report<br>Location Report |
| ⊞ 3. | 13405 86th Rd<br>Richmond Hill, NY 11418-1902<br>Queens County<br>Source: A | Current | $282,000 | | NY | Property History Report<br>Location Report |
| ⊞ 4. | 320 Barr Ave<br>Woodmere, NY 11598-1137<br>Nassau County<br>Source: A | Current | $375,000 | | NY | Property History Report<br>Location Report |
| ⊞ 5. | 2724 Cruger Ave<br>Bronx, NY 10467-8206<br>Bronx County<br>Source: A | Current | $375,000 | | NY | Property History Report<br>Location Report |
| ⊞ 6. | 565 80th St<br>Brooklyn, NY 11236-3122<br>Kings County<br>Source: A | Current | | | NY | Property History Report<br>Location Report |

| No. | Address | Status | Purchase Price | Sale Price | State | Actions |
|---|---|---|---|---|---|---|
| 7. | 565 80th St<br>Brooklyn, NY 11236-3122<br>Kings County<br>Source: B | Current | | | NY | Property History Report<br>Location Report |
| 8. | 1131 Nameoke St<br>Far Rockaway, NY 11691-4705<br>Queens County<br>Source: B | Prior | | $425,000 | NY | Property History Report<br>Location Report |
| 9. | 736 Commonwealth Ave<br>Bronx, NY 10473-3404<br>Bronx County<br>Source: A | Prior | | | NY | Property History Report<br>Location Report |
| 10. | 1643 Pacific St<br>Brooklyn, NY 11213-1364<br>Kings County<br>Source: A | Prior | | | NY | Property History Report<br>Location Report |
| 11. | 736 Commonwealth Ave<br>Bronx, NY 10473-3404<br>Bronx County<br>Source: B | Prior | | | NY | Property History Report<br>Location Report |
| 12. | 1643 Pacific St<br>Brooklyn, NY 11213-1364<br>Kings County<br>Source: B | Prior | | | NY | Property History Report<br>Location Report |
| 13. | 20 Roosevelt Pl<br>Brooklyn, NY 11233-3116<br>Kings County<br>Source: A | Prior | | | NY | Property History Report<br>Location Report |
| 14. | 2724 Cruger Ave<br>Bronx, NY 10467-8206<br>Bronx County<br>Source: B | Prior | | $570,000 | NY | Property History Report<br>Location Report |
| 15. | 9010 Holland Ave<br>Rockaway Beach, NY 11693-1525<br>Queens County<br>Source: A | Prior | | $350,000 | NY | Property History Report<br>Location Report |
| 16. | 9010 Holland Ave<br>Rockaway Beach, NY 11693-1525<br>Queens County<br>Source: B | Prior | | $350,000 | NY | Property History Report<br>Location Report |

## Personal Property (2 current, 3 prior)

| No. | Type | Status | Year/Make | Model | VIN | Jurisdiction |
|---|---|---|---|---|---|---|
| 1. | MVR | Current | 2006 Toyota | Highlander, 4 Dr Wagon Sport Utility | JTEEP21A760179940 | NY |
| 2. | MVR | Current | 1987 Volvo | 740, Sedan 4 Door | YV1FX8844H2187006 | NY |
| 3. | MVR | Prior | 2003 Nissan | Murano, 4 Dr Wagon Sport Utility | JN8AZ08W93W219211 | NY |
| 4. | MVR | Prior | 1997 Nissan | Pathfinder, 4 Dr Wagon Sport Utility | JN8AR05YXVW110989 | NY |
| 5. | MVR | Prior | 1999 Toyota | Camry, Sedan 4 Door | 4T1BG22K5XU431009 | NY |

## Possible Education (1 records found)

| No. | School | To - From | Level |
|---|---|---|---|
| 1. | | 09/22/2016 - 06/05/2018 | |

## Possible Criminal/Arrest (0 filings)

## Bankruptcy (1 active, 0 closed)

| No. | Type | Status | Filing Date | Case Number | Jurisdiction |
|---|---|---|---|---|---|
| 1. | Chapter 13 | Active | 06/20/2018 | 1843552 | New York Eastern - Brooklyn |

## Judgment / Liens (2 filings)

| No. | Type | Status | Amount | File Date | File Number | Jurisdiction |
|---|---|---|---|---|---|---|
| 1. | Judgment | See Details | $27,289.00 | 11/15/2005 | | |
| 2. | Civil Judgment | See Details | $27,289.00 | 11/15/2005 | 002170404 | New York |

## UCC Filings (0 debtor, 0 creditor)

## Associates

## Possible Relatives - 1st Degree: 2, 2nd Degree: 3, 3rd Degree: 0

| No. | First Degree Relatives | Address | Phone | Actions |
|---|---|---|---|---|
| 1. | Yanay, Sharon D (Possible Wife)<br>SSN:<br>LexID: 0432-3896-9573<br>DOB:<br>(Age: 46) | 320 Barr Ave<br>Woodmere, NY 11598-1137 | | Person Report |

| No. | First Degree Relatives | Address | Phone | Actions |
|---|---|---|---|---|
| 2. | **Swed, Avi**<br>SSN:<br>LexID: 0024-7275-2423<br>DOB:<br>(Age: 47) | 18706 Hillside Ave Apt<br>Jamaica, NY 11432-3216 | | Person Report |

### ⊟ Person Associates - 11 records found.

| No. | Full Name | Address | Role | Actions |
|---|---|---|---|---|
| 1. | **Bentov, Yael Ben**<br>SSN: 111-96-XXXX<br>LexID: 1438-1355-3428<br>DOB: 09/1982<br>(Age: 35) | 1324 E 15th St<br>Brooklyn, NY 11230-6026 | Associate | Person Report |
| 2. | **Bentov, Miriam Juilet**<br>SSN: 091-96-XXXX<br>LexID: 1415-9130-7054<br>DOB: 02/1945<br>(Age: 73) | 2297 E 3rd St Apt 2<br>Brooklyn, NY 11223-5137 | Associate | Person Report |
| 3. | **Hadar, Chagit**<br>SSN: 118-92-XXXX<br>LexID: 0380-9167-2172<br>DOB: 1975<br>(Age: 43) | 224 Avenue<br>Brooklyn, NY 11230-5509 | Associate | Person Report |
| 4. | **Hadar, Israel**<br>SSN: 078-02-XXXX<br>LexID: 1922-5295-3786<br>DOB: 03/1995<br>(Age: 23) | 4 S Pinehurst Ave Apt 2e<br>New York, NY 10033-6633 | Associate | Person Report |
| 5. | **Hadar, Yehonatan**<br>SSN: 078-02-XXXX<br>LexID: 1932-0602-0127<br>DOB: 08/1996<br>(Age: 21) | 14 Ash Pl<br>Staten Island, NY 10314-4302 | Associate | Person Report |
| 6. | **Rapisarda, Donna M**<br>SSN: 303-86-XXXX<br>LexID: 0020-8189-1132<br>DOB: 01/1971<br>(Age: 47) | 85 John St Apt 7n<br>New York, NY 10038-2844 | Possible Roommate | Person Report |
| 7. | **Rapisarda, Donna M**<br>SSN: 303-86-XXXX<br>LexID: 0492-7078-2603<br>DOB: 08/1971<br>(Age: 46) | 85 John St Apt 7n<br>New York, NY 10038-2844 | Possible Roommate | Person Report |
| 8. | **Serhrouchni, Hakim Reda**<br>SSN: 119-78-XXXX<br>LexID: 0023-0151-1294<br>DOB: 06/1966<br>(Age: 51) | 10 Sheridan Sq<br>New York, NY 10014-6824 | Possible Roommate | Person Report |
| 9. | **Stein, Shimshon C**<br>SSN: 218-08-XXXX<br>LexID: 1460-3763-4950<br>DOB: 02/1982<br>(Age: 36) | 1560 Kew Ave<br>Hewlett, NY 11557-1549 | Associate | Person Report |
| 10. | **Yanay, Yarona**<br>SSN: 946-79-XXXX<br>LexID: 0027-7880-5325<br>DOB: 02/1972<br>(Age: 46) | 13405 86th Rd<br>Richmond Hill, NY 11418-1902 | Associate | Person Report |
| 11. | **Yannay, Peleg**<br>SSN: 127-84-XXXX<br>LexID: 0027-8089-7033<br>DOB: 01/1996<br>(Age: 22) | 320 Barr Ave<br>Woodmere, NY 11598-1137 | Associate | Person Report |

### ⊟ Neighbors - 9 records found.

Found Near:
320 Barr Ave
Woodmere, NY 11598-1137 - 9 Records Found

| No. | Full Name | Address | Phone | Actions |
|---|---|---|---|---|
| 1. | **Yossef, Kfir**<br>SSN: 067-92-XXXX<br>LexID: 0111-6030-2698<br>DOB: 1977<br>(Age: 41)<br><br>**Johanes, Meital J**<br>SSN: 114-92-XXXX<br>LexID: 0412-9456-2482<br>DOB: 03/1979<br>(Age: 39)<br><br>**Harel, Eliyahu O**<br>LexID: 0715-1067-9719<br>DOB: 11/1978<br>(Age: 39)<br><br>**Rivera, Ralph**<br>LexID: 1946-6181-9115 | 319 Barr Ave<br>Woodmere, NY 11598-1103 | | Location Report |

| No. | Full Name | Address | Phone | Actions |
|---|---|---|---|---|
| 2. | **Geller Sr, David Jonathan**<br>SSN: 097-68-XXXX<br>LexID: 0009-1009-5457<br>DOB: 06/1968<br>(Age: 50)<br><br>**Meisels, Trina Faygie**<br>SSN: 157-64-XXXX<br>LexID: 0016-9825-6853<br>DOB: 01/1974<br>(Age: 44)<br><br>**Newman, Yaakov Yosef**<br>SSN: 092-74-XXXX<br>LexID: 0588-9032-2996<br>DOB: 12/1987<br>(Age: 30) | 315 Barr Ave<br>Woodmere, NY 11598-1103 | 718-575-5705 | Location Report |
| 3. | **Wenig, Mitchell**<br>SSN: 115-62-XXXX<br>LexID: 0026-8158-8515<br>DOB: 04/1961<br>(Age: 57)<br><br>**Wenig, Helen**<br>SSN: 068-22-XXXX<br>LexID: 0026-8181-4493<br>DOB: 07/1927<br>(Age: 90)<br><br>**Wenig, Stewart M**<br>SSN: 125-64-XXXX<br>LexID: 0065-0739-1672<br>DOB: 05/1964<br>(Age: 54) | 325 Barr Ave<br>Woodmere, NY 11598-1103 | | Location Report |
| 4. | **Wenig, Robert H**<br>SSN: 058-24-XXXX<br>LexID: 0026-8190-2123<br>DOB: 10/1930 - 06/20/2009 (DOD)<br>(Age At Death: 78; Would Be: 87)<br>Deceased | 325 Barr Ave Apt 1<br>Woodmere, NY 11598-1103 | | Location Report |
| 5. | **Shafran, Jacob C**<br>SSN: 094-52-XXXX<br>LexID: 0023-0623-6170<br>DOB: 10/1960<br>(Age: 57)<br><br>**Schulman, David C**<br>SSN: 082-74-XXXX<br>LexID: 0751-6096-5611<br>DOB: 05/1987<br>(Age: 31)<br><br>**Schulman, Michelle M**<br>SSN: 087-74-XXXX<br>LexID: 1070-0080-8384<br>DOB: 06/1988<br>(Age: 30)<br><br>**Levi, Talia S**<br>SSN: 068-88-XXXX<br>LexID: 1922-3713-9497 | 326 Barr Ave<br>Woodmere, NY 11598-1137 | 516-569-3702 | Location Report |
| 6. | **Schall, Gary B**<br>SSN: 105-46-XXXX<br>LexID: 0022-6415-5226<br>DOB: 03/1955<br>(Age: 63)<br><br>**Schall, Deborah B**<br>SSN: 109-48-XXXX<br>LexID: 0022-6530-1986<br>DOB: 09/1953<br>(Age: 64)<br><br>**Schall, Jerry Samuel**<br>SSN: 120-68-XXXX<br>LexID: 0108-1520-9480<br>DOB: 10/1984<br>(Age: 33)<br><br>**Schall, Sam J**<br>SSN: 079-76-XXXX<br>LexID: 1333-8865-5690<br>DOB: 10/1989<br>(Age: 28)<br><br>**Schall, Gary B**<br>SSN: 105-46-XXXX<br>LexID: 1801-3697-6996<br>DOB: 01/1950<br>(Age: 68) | 328 Barr Ave<br>Woodmere, NY 11598-1138 | 516-569-4738 | Location Report |

| No. | Full Name | Address | Phone | Actions |
|---|---|---|---|---|
| 7. | **Adelsberg, Robin**<br>SSN: 125-48-XXXX<br>LexID: 0000-1446-7241<br>DOB: 09/1958<br>(Age: 59)<br><br>**Adelsbergesq, Howard Michael**<br>SSN: 097-52-XXXX<br>LexID: 0000-1449-4035<br>DOB: 01/1957<br>(Age: 61)<br><br>**Green, Jacob C**<br>SSN: 068-12-XXXX<br>LexID: 0009-8948-0203<br>DOB: 03/1923 - 01/18/2002 (DOD)<br>(Age At Death: 78; Would Be: 95)<br>    Deceased<br><br>**Green, Rhoda Celoe**<br>SSN: 101-20-XXXX<br>LexID: 0009-9225-5149<br><br>**Adelsberg, Jonah I**<br>SSN: 063-82-XXXX<br>LexID: 0634-9424-9493<br>DOB: 04/1993<br>(Age: 25) | 309 Barr Ave<br>Woodmere, NY 11598-1103 | 516-374-6068 | Location Report |
| 8. | **Cohen, Ronald Lawrence**<br>SSN: 069-34-XXXX<br>LexID: 0004-7855-6977<br>DOB: 07/1941<br>(Age: 76)<br><br>**Cohen, Michelle S**<br>SSN: 111-34-XXXX<br>LexID: 0004-7915-1810<br>DOB: 12/1942<br>(Age: 75) | 331 Barr Ave<br>Woodmere, NY 11598-1103 | 516-374-1209 | Location Report |
| 9. | **Deutsch, Carolyn D**<br>SSN: 130-56-XXXX<br>LexID: 0006-3124-9037<br>DOB: 04/1975<br>(Age: 43)<br><br>**Deutsch, Jeffrey A**<br>SSN: 101-70-XXXX<br>LexID: 0006-3162-9688<br>DOB: 07/1973<br>(Age: 44)<br><br>**Deutsch, Jonathan S**<br>SSN: 118-86-XXXX<br>LexID: 1936-8315-0971<br>DOB: 10/1997<br>(Age: 20)<br><br>**Deutsch, Jonathan**<br>SSN: 118-86-XXXX<br>LexID: 2368-5109-0839<br>DOB: 10/1973<br>(Age: 44) | 332 Barr Ave<br>Woodmere, NY 11598-1138 | | Location Report |

⊟ **Business Connections** - 2 records found.

| No. | Name | Address | Title | Actions |
|---|---|---|---|---|
| 1. | **N & M DEVELOPMENT LLC** | 13405 86th Rd<br>Jamaica, NY 11418-1902 | President | Business Report |
| 2. | **TISY CONSULTING INC.** | 13405 86th Rd<br>Jamaica, NY 11418-1902 | | Business Report |

⊟ **Possible Employers** - 4 records found.

| No. | Name | Address | Phone | Actions |
|---|---|---|---|---|
| 1. | **TISY CONSULTING INC.** | 13405 86th Rd<br>Jamaica, NY 11418-1902 | | Business Report |
| 2. | **BBF DEVELOPMENT INC** | 142 Crescent St<br>Brooklyn, NY 11208-1645 | | Business Report |
| 3. | **TISY CONSULTING INC** | 134 5 86 Rd<br>Richmond Hill, NY 11418 | | |
| 4. | **AMBASSADOR SERVICES** | | | |

⊟ **Business Associates** - 6 records found.

| No. | Name | Address | Role | Actions |
|---|---|---|---|---|
| 1. | **EMPIRE PORTFOLIOS, INC.** | 199 Crossways Park Dr<br>Woodbury, NY 11797-2016 | Judgment/Lien | Business Report |
| 2. | **LAGNIAPPE GROWTH& INCOME FU ND LL** | 2101 W Ben White Blvd<br>Austin, TX 78704-7516 | Judgment/Lien | Business Report |
| 3. | **VELOCITY INVESTMENTS, L.L.C.** | 3100 State Route 138<br>Wall Township, NJ 07719-9020 | Judgment/Lien | Business Report |

6/22/2018                                                                                           SmartLinx® Person Report

| No. | Name | Address | Role | Actions |
|---|---|---|---|---|
| 4. | 1643 PACIF INC | 142 Crescent St<br>Brooklyn, NY 11208-1645 | Real Property | Business Report |
| 5. | 736 COMMON CORP | 142 Crescent St<br>Brooklyn, NY 11208-1645 | Real Property | Business Report |
| 6. | COUNTRYWIDE HOME LOAN INC | 1757 Tapo Canyon Rd<br>Simi Valley, CA 93063-3391 | Real Property | Business Report |

## Sources

| All Sources | 244 Source Documents |
|---|---|
| Bankruptcy Records | 1 Source Documents |
| Corporate Affiliations | 2 Source Documents |
| Deed Transfers | 34 Source Documents |
| Driver Licenses | 2 Source Documents |
| Email Addresses | 1 Source Documents |
| Historical Person Locator | 26 Source Documents |
| Liens And Judgments | 4 Source Documents |
| Motor Vehicle Registrations | 9 Source Documents |
| Person Locator 1 | 11 Source Documents |
| Person Locator 2 | 5 Source Documents |
| Person Locator 4 | 1 Source Documents |
| Person Locator 5 | 74 Source Documents |
| Person Locator 6 | 20 Source Documents |
| Phone | 3 Source Documents |
| Student Locator | 1 Source Documents |
| Tax Assessor Records | 42 Source Documents |
| Utility Locator | 3 Source Documents |
| Voter Registrations | 5 Source Documents |

**Key**

High Risk Indicator. These symbols may prompt you to investigate further.
Moderate Risk Indicator. These symbols may prompt you to investigate further.
General Information Indicator. These symbols inform you that additional information is provided.
Deceased Indicator. These symbols inform you that the entity may be deceased.
⚑ Map Indicator. Clicking on this symbol will open a map of the address location.
The most recent telephone listing as reported by Electronic Directory Assistance.
Wireless Phone Indicator. These symbols indicate a cell phone number.
Residential Phone Indicator. These symbols indicate a residential phone number.
Premium Phone Indicator. These symbols indicate a premium phone number.
Business Phone Indicator. These symbols indicate a business phone number.

**Important:** Due to the nature and origin of public record information, the public records and commercially available data sources used in reports may contain errors. For Secretary of State documents, the data provided is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

This report is not provided by "consumer reporting agencies," as that term is defined in the Fair Credit Reporting Act (15 U.S.C. § 1681, et seq.) ("FCRA") and does not constitute "consumer reports," as that term is defined in the FCRA. Accordingly, this report may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another purpose in connection with which a consumer report may be used under the FCRA.

**Your DPPA Permissible Use:** Debt Recovery/Fraud
**Your GLBA Permissible Use:** Fraud Prevention or Detection

5/7/2018             SmartLinx® Person Report



# SmartLinx® Person Report

Generated On: 05/07/2018 8:52 PM ET | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2018 LexisNexis.

**Search Terms:** State: **NY**; Phone: **7188095088**

## Person Summary

| Name | Address | County | Phone |
|---|---|---|---|
| Cohan, David | 1909 Pacific St<br>Brooklyn, NY 11233-3509 | | (Wireless)<br>(Phone number and zip code combination is invalid) |

| LexID® | SSN | DOB | Email |
|---|---|---|---|
| 0712-1979-6030 | | 01/1969<br>(Age: 49, Male) | richardquick27@yahoo.com |

### At a Glance

| | | | |
|---|---|---|---|
| Real Property | 18 | Criminal/Arrest | 0 |
| Personal Property | 2 | Bankruptcy | 0 |
| Professional Licenses | 0 | Judgments/Liens | 0 |
| Business Connections | 1 | Foreclosure/Notice of Default | 0 |

### Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBS |
|---|---|---|
| • Cohan, David<br>• Cohen, David | • <br>  ○ Issued in New York, 1997 - 2001<br>    SSN was linked to more than 2 people.<br>• <br>  ○ Issued in New York, 1998 - 2001<br>view sources | • 01/1969<br>view sources |

## Address Summary (1 current, 12 prior)

| No. | Address | Status | To-From | Phone | Actions |
|---|---|---|---|---|---|
| 1. | 1909 Pacific St<br>Brooklyn, NY 11233<br>Kings County | Current | 2011 - 04/2018<br>(Current Residence) | | Property History Report<br>Location Report |
| 2. | 717 E 223rd St Apt 1<br>Bronx, NY 10466<br>Bronx County<br>(Residential) | Prior | 2006 - 04/2018 | | Property History Report<br>Location Report |
| 3. | 15626 86th St<br>Howard Beach, NY 11414<br>Queens County<br>(Residential) | Prior | 09/2017 | | Property History Report<br>Location Report |
| 4. | 1389 Saint Marks Ave Apt<br>Brooklyn, NY 11233<br>Kings County<br>(Residential) | Prior | 05/2017 | | Property History Report<br>Location Report |
| 5. | 981 Saint Johns Pl Apt<br>Brooklyn, NY 11213<br>Kings County<br>(Residential) | Prior | 01/2011 - 02/2017 | | Property History Report<br>Location Report |
| 6. | 17 Adler Pl Apt<br>Brooklyn, NY 11208<br>Kings County<br>(Residential) | Prior | 10/2016 | | Property History Report<br>Location Report |
| 7. | 2567 Atlantic Ave Unit 1f<br>Brooklyn, NY 11207<br>Kings County<br>(Residential) | Prior | 03/2010 - 10/2016 | | Property History Report<br>Location Report |
| 8. | 90 Vanderveer St Apt<br>Brooklyn, NY 11207<br>Kings County<br>(Residential) | Prior | 07/2016 | | Property History Report<br>Location Report |
| 9. | 3342 Atlantic Ave Apt 1<br>Brooklyn, NY 11208<br>Kings County<br>(Residential) | Prior | 05/2014 - 02/2016 | | Property History Report<br>Location Report |
| 10. | 703 Putnam Ave Apt<br>Brooklyn, NY 11221<br>Kings County<br>(Residential) | Prior | 2010 - 05/2015 | | Property History Report<br>Location Report |

| No. | Address | Status | To-From | Phone | Actions |
|---|---|---|---|---|---|
| ⊞ 11. | 194 Grant Ave<br>Brooklyn, NY 11208<br>Kings County<br>(Residential) | Prior | 02/2011 | | Property History Report<br>Location Report |
| ⊞ 12. | 13405 86th Rd<br>Richmond Hill, NY 11418<br>Queens County<br>(Residential) | Prior | 05/2003 - 11/2010 | | Property History Report<br>Location Report |
| ⊞ 13. | 20815 Linden Blvd<br>Cambria Heights, NY 11411<br>Queens County<br>(Business) | Prior | 05/2001 | | Property History Report<br>Location Report |

⊟ Licenses/Voter (1 licenses)

Driver Licenses - 0 licenses

⊟ Other Licenses - 1 licenses

| No. | Type | Status | Issued/Expired | Location |
|---|---|---|---|---|
| ⊞ 1. | Voter | Active | • Registration: 12/30/2010 | NY |

⊟ Real Property (18 current, 6 prior)

| No. | Address | Status | Purchase Price | Sale Price | State | Actions |
|---|---|---|---|---|---|---|
| ⊞ 1. | 142 Crescent St<br>Brooklyn, NY 11208-1645<br>Kings County<br>Source: B | Current | | | NY | Property History Report<br>Location Report |
| ⊞ 2. | 162 Norwood Ave<br>Brooklyn, NY 11208-1327<br>Kings County<br>Source: B | Current | | | NY | Property History Report<br>Location Report |
| ⊞ 3. | 196 Essex St<br>Brooklyn, NY 11208-1115<br>Kings County<br>Source: B | Current | | | NY | Property History Report<br>Location Report |
| ⊞ 4. | Lorillard Pl<br>Bronx, NY 10458<br>Bronx County<br>Source: A | Current | $20,000 | | NY | Property History Report<br>Location Report |
| ⊞ 5. | 2049 Atlantic Ave<br>Brooklyn, NY 11233-6014<br>Kings County<br>Source: B | Current | | | NY | Property History Report<br>Location Report |
| ⊞ 6. | 86 Barbey St<br>Brooklyn, NY 11207-2249<br>Kings County<br>Source: B | Current | | | NY | Property History Report<br>Location Report |
| ⊞ 7. | Lorillard Pl<br>Bronx, NY<br>Bronx County<br>Source: B | Current | | | NY | Property History Report<br>Location Report |
| ⊞ 8. | 142 Crescent St<br>Brooklyn, NY 11208-1645<br>Kings County<br>Source: A | Current | $25,000 | | NY | Property History Report<br>Location Report |
| ⊞ 9. | 162 Norwood Ave<br>Brooklyn, NY 11208-1327<br>Kings County<br>Source: A | Current | $25,000 | | NY | Property History Report<br>Location Report |
| ⊞ 10. | 196 Essex St<br>Brooklyn, NY 11208-1115<br>Kings County<br>Source: A | Current | $10,000 | | NY | Property History Report<br>Location Report |
| ⊞ 11. | 2049 Atlantic Ave<br>Brooklyn, NY 11233-6014<br>Kings County<br>Source: A | Current | $25,000 | | NY | Property History Report<br>Location Report |
| ⊞ 12. | 502 Milford St<br>Brooklyn, NY 11208-4823<br>Kings County<br>Source: A | Current | $570,000 | | NY | Property History Report<br>Location Report |
| ⊞ 13. | 86 Barbey St<br>Brooklyn, NY 11207-2249<br>Kings County<br>Source: A | Current | $10,000 | | NY | Property History Report<br>Location Report |
| ⊞ 14. | 502 Milford St<br>Brooklyn, NY 11208-4823<br>Kings County<br>Source: B | Current | | | NY | Property History Report<br>Location Report |
| ⊞ 15. | 48 Street<br>Queens, NY<br>Queens County<br>Source: B | Current | | | NY | Property History Report<br>Location Report |

| No. | Address | Status | Purchase Price | Sale Price | State | Actions |
|---|---|---|---|---|---|---|
| ⊞ 16. | Beach 48 St<br>Queens Village, NY<br>Queens County<br>Source: A | Current | | | NY | Property History Report<br>Location Report |
| ⊞ 17. | 48 Street<br>Brooklyn, NY<br>Source: B | Current | $20,000 | | NY | Property History Report<br>Location Report |
| ⊞ 18. | Lorillard Pl<br>Brooklyn, NY<br>Source: B | Current | $20,000 | | NY | Property History Report<br>Location Report |
| ⊞ 19. | 3342 Atlantic Ave<br>Brooklyn, NY 11208-2026<br>Kings County<br>Source: B | Prior | | | NY | Property History Report<br>Location Report |
| ⊞ 20. | 3342 Atlantic Ave<br>Brooklyn, NY 11208-2026<br>Kings County<br>Source: A | Prior | $15,000 | | NY | Property History Report<br>Location Report |
| ⊞ 21. | 703 Putnam Ave<br>Brooklyn, NY 11221-1615<br>Kings County<br>Source: A | Prior | $10,000 | | NY | Property History Report<br>Location Report |
| ⊞ 22. | 703 Putnam Ave<br>Brooklyn, NY 11221-1615<br>Kings County<br>Source: B | Prior | | | NY | Property History Report<br>Location Report |
| ⊞ 23. | 20 Roosevelt Pl<br>Brooklyn, NY 11233-3116<br>Kings County<br>Source: A | Prior | | | NY | Property History Report<br>Location Report |
| ⊞ 24. | 15626 86th St<br>Howard Beach, NY 11414-2621<br>Queens County<br>Source: A | Prior | $25,000 | | NY | Property History Report<br>Location Report |

## ⊟ Personal Property (2 current, 1 prior)

| No. | Type | Status | Year/Make | Model | VIN | Jurisdiction |
|---|---|---|---|---|---|---|
| ⊞ 1. | MVR | Current | 1996 Chrysler | Concorde, Sedan 4 Door | 2C3HD56T8TH122230 | NY |
| ⊞ 2. | MVR | Current | 1994 Toyota | Camry, Sedan 4 Door | JT2GK12E7R0030674 | NY |
| ⊞ 3. | MVR | Prior | 1999 Toyota | Camry, Sedan 4 Door | 4T1BG22K5XU431009 | NY |

## ⊟ Possible Education (1 records found)

| No. | School | To - From | Level |
|---|---|---|---|
| ⊞ 1. | | 08/24/2016 - 02/12/2018 | |

## ⊟ Possible Criminal/Arrest (0 filings)

## ⊟ Bankruptcy (0 active, 0 closed)

## ⊟ Judgment / Liens (0 filings)

## ⊟ UCC Filings (1 debtor, 0 creditor)

| No. | Role | Status | File Date | File Number | Jurisdiction | File Type |
|---|---|---|---|---|---|---|
| ⊟ 1. | Debtor | Active | 03/21/2017 | 2017000108333 | NYC | |

**Debtor 1**
- Cohan, David
- 1909 Pacific St<br>Brooklyn, NY 11233-3509
- SSN: 132-86-XXXX

**Secured Party Info 1**
- **Sunrise Construction Inc**
- PO Box 377<br>East Rockaway, NY 11518-0377

**Debtor 2**
- Cameron, Charles
- 162 Norwood Ave<br>Brooklyn, NY 11208-1327
- SSN: XXX-XX-0120

**Filing 1**
- Filing Number: 2017000108333

**Collateral Information**
- 03/21/2017 2017000108333 - Fixture Filing

## ⊟ Associates

⊟ **Possible Relatives** - 1st Degree: 0, 2nd Degree: 0, 3rd Degree: 0

⊟ **Person Associates** - 0 records found.

⊟ **Neighbors** - 7 records found.

Found Near:
1909 Pacific St
Brooklyn, NY 11233-3509 - 7 Records Found

| No. | Full Name | Address | Phone | Actions |
|---|---|---|---|---|

| No. | Full Name | Address | Phone | Actions |
|---|---|---|---|---|
| 1. | **Cyrus, Allison Nichola**<br>SSN: 070-80-XXXX<br>LexID: 0005-5907-6619<br>DOB: 07/1970<br>(Age: 47)<br><br>**Garrett, Theodore E**<br>SSN: 249-72-XXXX<br>LexID: 0140-4059-3903<br>DOB: 06/1944<br>(Age: 73)<br><br>**Perkins, William**<br>LexID: 2370-4009-8174 | 1908 Pacific St<br>Brooklyn, NY 11233-3804 | 718-773-3831 | Location Report |
| 2. | **Garrett, Valarie Ann**<br>SSN: 091-40-XXXX<br>LexID: 0008-9955-3306<br>DOB: 04/1948 - 08/10/2009 (DOD)<br>(Age At Death: 61; Would Be: 70)<br>   Deceased<br><br>**Garrett Sr, Eugene V**<br>SSN: 249-54-XXXX<br>LexID: 0008-9959-8958<br>DOB: 07/1938 - 01/12/2010 (DOD)<br>(Age At Death: 71; Would Be: 79)<br>   Deceased<br><br>**Perkins, Emily Delores**<br>SSN: 249-60-XXXX<br>LexID: 0019-5298-9024<br>DOB: 10/1941<br>(Age: 76)<br><br>**Garrett, Theodore E**<br>SSN: 249-72-XXXX<br>LexID: 0140-4059-3903<br>DOB: 06/1944<br>(Age: 73) | 1908 Pacific St Apt 1<br>Brooklyn, NY 11233-3804 | 718-773-3831 | Location Report |
| 3. | **Garrett, Theodore E**<br>SSN: 249-72-XXXX<br>LexID: 0140-4059-3903<br>DOB: 06/1944<br>(Age: 73) | 1908 Pacific St Apt 2<br>Brooklyn, NY 11233-3804 | 718-773-3831 | Location Report |
| 4. | **Kibona, Seko S**<br>SSN: 298-06-XXXX<br>LexID: 0051-8155-2303<br>DOB: 1983<br>(Age: 35) | 1908 Pacific St Apt 3<br>Brooklyn, NY 11233-3804 | | Location Report |
| 5. | **Ross, Fenton H**<br>SSN: 593-20-XXXX<br>LexID: 0022-0440-2357<br>DOB: 09/1967<br>(Age: 50)<br><br>**Watkins, Keith L**<br>SSN: 117-62-XXXX<br>LexID: 0026-5946-8775<br>DOB: 04/1979<br>(Age: 39) | 1909 Pacific St Apt 1<br>Brooklyn, NY 11233-3509 | 718-773-2868 | Location Report |
| 6. | **Danzine, Ann Marie**<br>LexID: 0005-7016-7260<br>DOB: 05/1953<br>(Age: 64)<br><br>**Vargas, Victor M**<br>SSN: 075-86-XXXX<br>LexID: 0026-0073-5505<br>DOB: 10/1960<br>(Age: 57)<br><br>**Danzine, Kerwyn D**<br>SSN: 105-88-XXXX<br>LexID: 1177-5235-6024<br>DOB: 10/1987<br>(Age: 30) | 1910 Pacific St Fl 1<br>Brooklyn, NY 11233-3804 | 718-467-6684 | Location Report |
| 7. | **Graham Jr, William D**<br>SSN: 143-70-XXXX<br>LexID: 0009-7903-8771<br>DOB: 09/1966<br>(Age: 51)<br><br>**Gallishaw, Shameka Lynette**<br>SSN: 075-70-XXXX<br>LexID: 0536-4415-1720<br>DOB: 1985<br>(Age: 33)<br><br>**Pratt, George**<br>SSN: 053-42-XXXX<br>LexID: 1610-9123-6483<br>DOB: 03/1958<br>(Age: 60) | 1909 Pacific St Apt 2<br>Brooklyn, NY 11233-3509 | | Location Report |

Business Connections - 1 records found.

| No. | Name | Address | Title | Actions |
|---|---|---|---|---|
| 1. | 3Q3 Q INC. | 1909 Pacific St<br>Brooklyn, NY 11233-3509 | | Business Report |

### ⊟ Possible Employers - 1 records found.

| No. | Name | Address | Phone | Actions |
|---|---|---|---|---|
| 1. | 3Q3 Q INC. | 1909 Pacific St<br>Brooklyn, NY 11233-3509 | | Business Report |

### ⊟ Business Associates - 9 records found.

| No. | Name | Address | Role | Actions |
|---|---|---|---|---|
| 1. | 703 P T R INC | 142 Crescent St<br>Brooklyn, NY 11208-1645 | Real Property | Business Report |
| 2. | BEACHE 47TH ST INC | 401 E 83rd St<br>New York, NY 10028-6107 | Real Property | Business Report |
| 3. | CLEVE 57 INCORPORATED | 2375 Lorillard Pl<br>Bronx, NY 10458-8004 | Real Property | Business Report |
| 4. | CLEVE 57, INC. | 401 E 83rd St<br>New York, NY 10028-6107 | Real Property | Business Report |
| 5. | LTE DEVELOPMENT INC | 86 Barbey St<br>Brooklyn, NY 11207-2249 | Real Property | Business Report |
| 6. | LTE DEVELOPMENT INC | 1909 Pacific St<br>Brooklyn, NY 11233-3509 | Real Property | Business Report |
| 7. | Z & Q ESTATES CORP | 15626 86th St<br>Jamaica, NY 11414-2621 | Real Property | Business Report |
| 8. | SUNRISE CONSTRUCTION INC | PO Box 377<br>East Rockaway, NY 11518-0377 | UCC | Business Report |
| 9. | BEACHE 47 ST INCORPORATED | | Real Property | |

### ⊟ Sources

| All Sources | 143 Source Documents |
|---|---|
| Corporate Affiliations | 1 Source Documents |
| Deed Transfers | 30 Source Documents |
| Email Addresses | 1 Source Documents |
| Historical Person Locator | 2 Source Documents |
| Motor Vehicle Registrations | 7 Source Documents |
| Person Locator 1 | 4 Source Documents |
| Person Locator 2 | 1 Source Documents |
| Person Locator 5 | 23 Source Documents |
| Person Locator 6 | 11 Source Documents |
| PhonesPlus Records | 1 Source Documents |
| Student Locator | 1 Source Documents |
| Tax Assessor Records | 56 Source Documents |
| UCC Lien Filings | 1 Source Documents |
| Utility Locator | 2 Source Documents |
| Voter Registrations | 2 Source Documents |

**Key**

    High Risk Indicator. These symbols may prompt you to investigate further.
    Moderate Risk Indicator. These symbols may prompt you to investigate further.
    General Information Indicator. These symbols inform you that additional information is provided.
    Deceased Indicator. These symbols inform you that the entity may be deceased.
📍    Map Indicator. Clicking on this symbol will open a map of the address location.
    The most recent telephone listing as reported by Electronic Directory Assistance.
    Wireless Phone Indicator. These symbols indicate a cell phone number.
    Residential Phone Indicator. These symbols indicate a residential phone number.
    Premium Phone Indicator. These symbols indicate a premium phone number.
    Business Phone Indicator. These symbols indicate a business phone number.

**Important:** Due to the nature and origin of public record information, the public records and commercially available data sources used in reports may contain errors. For Secretary of State documents, the data provided is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

This report is not provided by "consumer reporting agencies," as that term is defined in the Fair Credit Reporting Act (15 U.S.C. § 1681, et seq.) ("FCRA") and does not constitute "consumer reports," as that term is defined in the FCRA. Accordingly, this report may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another purpose in connection with which a consumer report may be used under the FCRA.

**Your DPPA Permissible Use:** Debt Recovery/Fraud
**Your GLBA Permissible Use:** Fraud Prevention or Detection