UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>NORTHFIELD 30 CORP.<br><br>    DEBTOR. | Case No. 18-42802-NHL |
| JDP MORTGAGE, LLC,<br><br>    PLAINTIFF,<br><br>-against-<br><br>NORTHFIELD 30 CORP., A&Q ESTATES INC., ELI AVI COHEN, GRAY WILBERFORCE, YANAY SHARAN A/K/A SHARAN YANAY, and DAVID COHEN A/K/A DAVID COHAN A/K/A ELI COHEN A/K/A ILAN DAVID AVITSEDEK,<br><br>    DEFENDANTS. | Adv. Pro. No. 19-01092-NHL |

## ORDER FOR REDACTION OF FILED PLEADING

Upon the motion ("Motion") of JDP Mortgage, LLC, the above-captioned Plaintiff (the "Plaintiff") dated July 11, 2019 [ECF No. 2], for an order directing the Clerk of this Court to remove and replace an unintentionally filed document containing personal identifying information; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Clerk of this Court shall remove the pleading filed within the Adversary Proceeding as Document No. 1 and Bankruptcy Proceeding Document No. 44 that is identified as "Attachments: #1 Exhibit Ex A - SmartLinx Report"; and it is further

**ORDERED**, that the Clerk of this Court, in place of the removed document, shall file on the docket the document annexed to the Motion as "Attachments: # (1) Exhibit Redacted #1 Exhibit Ex A - SmartLinx Report."



Dated: July 12, 2019  
Brooklyn, New York

Nancy Hershey Lord  
United States Bankruptcy Judge