# UNITED STATES BANKRUPTCY COURT
### Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Northfield 30 Corp.                                    Bankruptcy Case No.: 1−18−42802−nhl

JDP Mortgage, LLC

                                                Plaintiff(s),

−against−                                                    Adversary Proceeding No. 1−19−01092−nhl

Northfield 30 Corp.
A&Q ESTATES INC.
Eli Avi Cohen
Gray Wilberforce
Yanay Sharan
David Cohen

                                                Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address of Clerk:** |
|---|
| **United States Bankruptcy Court**<br>**271−C Cadman Plaza East, Suite 1595**<br>**Brooklyn, NY 11201−1800** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
|---|
| **Seth D. Weinberg**<br>**Hasbani & Light, P.C.**<br>**450 Seventh Avenue**<br>**Ste 1408**<br>**New York, NY 10123** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Location:**<br>**United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 3577 − 3rd Floor, Brooklyn, NY 11201−1800** | **Date and Time:**<br>**September 26, 2019 at 11:00 AM** |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: July 16, 2019                              Robert A. Gavin, Jr., Clerk of the Court

**Summons** [Summons and Notice of Pretrial Conf. rev. 05/27/2016]