UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>NORTHFIELD 30 CORP.<br><br>　　　　　DEBTOR. | DOCKET NO. 18-42802-NHL |
| JDP MORTGAGE, LLC,<br><br>　　　　　PLAINTIFF,<br><br>-against-<br><br>NORTHFIELD 30 CORP., A&Q ESTATES INC., ELI AVI COHEN, GRAY WILBERFORCE, YANAY SHARAN A/K/A SHARAN YANAY A/K/A SHARON YANAY, DAVID COHEN A/K/A DAVID COHAN A/K/A ELI COHAN A/K/A ILAN DAVID AVITSEDEK,<br><br>　　　　　DEFENDANTS. | ADVERSARY PROCEEDING<br>DOCKET NO. 19-01092-NHL |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the Secured Creditor, JDP Mortgage, LLC ("Plaintiff"), hereby appears in this action through the undersigned, retained as counsel for said Plaintiff, and demands the service of all papers in this action at the address stated below.

Dated: New York, New York  
　　　　July 16, 2019

**HASBANI & LIGHT, P.C.**

*/s/ Danielle P. Light*  
Danielle P. Light, Esq.  
*Counsel for Creditor JDP Mortgage, LLC*  
450 Seventh Avenue, Suite 1408  
New York, New York 10123  
Tel: (212) 643-6677  
dlight@hasbanilight.com

1